UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIDNEY BAUGH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KIM ADAMSON, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:20-CV-0119-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR EXEMPTION FROM MEDIATION**<br><br>[ECF No. 16] |

　　　　Defendants filed a motion for exemption from mediation stating that the parties have reached a settlement in this case. (ECF No. 16.)  The Court commends the parties for resolving this case without Court intervention and **GRANTS** the motion.  The early mediation conference set for August 10, 2021 at 11:30 a.m. is hereby **VACATED**. A stipulation to dismiss shall be due on or before **September 2, 2021**.

　　　　DATED: August 2, 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**