1  AARON D. FORD
      Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
      Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel:  (775) 684-1150
5  E-mail:  drands@ag.nv.gov

6  *Attorneys for Defendants*

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9  SIDNEY BAUGH,                                Case No.  3:20-cv-00119-MMD-CLB

10                          Plaintiff,

11  vs.                                         **STIPULATION AND ORDER TO
                                                DISMISS WITH PREJUDICE**

12  KIM ADAMSON, et al.

13                          Defendants.

14
        The Parties, Plaintiff, Sidney Baugh, in pro se, and Defendants, by and through counsel,
15
    Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy
16
    Attorney General, hereby stipulate that this matter may be dismissed, with prejudice, each party to
17
    bear their own attorney's fees and costs.
18
    DATED this *6th* day of August, 2021          DATED this 12th  day of August, 2021
19
20                                               AARON D. FORD
                                                 Attorney General
21
22                                               By:  */s/ Douglas R. Rands*
23  SIDNEY BAUGH                                       DOUGLAS R. RANDS, Bar No. 3572
    Plaintiff, *Pro Se*                                Senior Deputy Attorney General
24
25                                               *Attorneys for Defendants*
26
27
28
                                        1

* * *

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____August 12, 2021_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this __12th__ day of August, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Sidney Baugh #18331
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV  89419

_/s/ Roberta W. Bibee_____
An employee of the
Office of the Attorney General